**Electronically Filed
Supreme Court
SCWC-24-0000751
02-DEC-2025
10:23 AM
Dkt. 13 ODAC**

SCWC-24-0000751

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE TAX APPEAL OF
FREDERICK W. ROHLFING III and KARL A. ROHLFING,
Successor Trustees of the Joan H. Rohlfing Revocable Trust
Dated October 27, 1983,
Petitioners/Appellants-Appellants,
(CASE NO. 1TX181000299)

------------------------------------------------

IN THE MATTER OF THE TAX APPEAL OF
LOG CABIN BRADDAHS LLC,
Petitioner/Appellant-Appellant,
(CASE NO. 1TX191000164)

------------------------------------------------

IN THE MATTER OF THE TAX APPEAL OF
LOG CABIN BRADDAHS LLC,
Petitioner/Appellant-Appellant.
(CASE NO. 1CTX-20-0000044)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000751; CASE NOS. 1TX181000299, 1TX191000164,
and 1CTX-20-0000044, consolidated)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Eddins, Acting C.J. and Ginoza, J., and
Circuit Judge To'oto'o, in place of McKenna, J., recused,
Circuit Judge Costa, in place of Devens, J., recused,
and Circuit Judge Nichols, assigned by reason of vacancy)

Petitioners/Appellants-Appellants Frederick W. Rohlfing III

and Karl A. Rohlfing, Successor Trustees of the Joan H. Rohlfing

Revocable Trust dated October 27, 1983's application for writ of certiorari filed on October 27, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, December 2, 2025.

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Faʻauuga L. Toʻotoʻo

/s/ Brian A. Costa

/s/ Steven R. Nichols